**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| RHONDA L. GRIFFIN, Individually and as Executor of the Estate of Clyde Anthony Griffin, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1-04-CV-2755 |
| vs. | ) ) | |
| UNITED STATES OF AMERICA, et al., | ) ) ) | |
| Defendants. | ) ) | |

**RULE 5.4 CERTIFICATE**

On this 8th day of November 2005 a true and correct copy of the United States' Responses to Plaintiffs' [First] Request for Production were served by first class mail on the following counsel of record:

> Edward Ross Still, Esq.
> Scherffius, Ballard Still & Ayers
> 1201 Peachtree Street, N.E.
> 400 Colony Square, Suite 1018
> Atlanta, Georgia 30303

> Andrew J. Ekonomou, Esq.
> Ekonomou, Atkinson & Lambros, LLC
> 450 The Hurt Building
> 50 Hurt Plaza, S.E.
> Atlanta, Georgia 30303
> [w/o attachments]

Michael G. McQuillen, Esq.
Adler, Murphy & McQuillen
One North LaSalle Street, Suite 2300
Chicago, IL 60602

        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General

        SALLY Q. YATES
        Acting United States Attorney

        ALONZO H. LONG
        Assistant United States Attorney


          s/ Terence M. Healy
        TERENCE M. HEALY
        D.C. Bar No. 442058
        Attorney for the United States
        U.S. Department of Justice
        Civil Division, Torts Branch
        P.O. Box 14271
        Washington, D.C. 20044-4271
        (202) 616-4106
        (202) 616-4002 (facsimile)

        COUNSEL FOR THE UNITED STATES