IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RHONDA L. GRIFFIN, Individually And as the Executor of the ESTATE OF CLYDE ANTHONY GRIFFIN, <br><br> Plaintiffs <br><br> vs. <br><br> UNITED STATES OF AMERICA, S-TEC CORPORATION, MEGGITT AVIONICS, INC., VIBRO-METER INC., MEGGITT-USA, INC., and ABC CORPORATION, <br><br> Defendants. | CIVIL ACTION <br><br> FILE NO. 1:04-CV-2755-CAP |

## **STIPULATION OF DISMISSAL AS TO ALL DEFENDANTS**

In accordance with the provisions of Rule 41(a)(1)(ii), the parties hereby stipulate as to the **dismissal of this action as to all Defendants, with prejudice,** and with all parties bearing their own costs of litigation.

This 29th day of November, 2005.

SCHERFFIUS, BALLARD, STILL & AYRES

_____
Edward R. Still
Georgia Bar No: 682253

400 Colony Square, Suite 1018
1201 Peachtree Street NE
Atlanta, GA 30361
(404) 873-1220

**Consented to by:**

_Terence M. Healy_
**Terence M. Healy, Esq.**
(Signed by Edward R. Still with permission)
U.S. Department of Justice
Torts Branch, Civil Division
P. O. Box 14271
Washington, DC 20044-4271
(Attorney for United States of America)


_Kevin W Murphy_
**Kevin W. Murphy**
(Signed by Edward R. Still with permission)
Adler Murphy & McQuillen
One North LaSalle Street, Suite 2300
Chicago, IL 60602


_Andrew J Ekonomou_
**Andrew J. Ekonomou**
(Signed by Edward R. Still with permission)
Ekonomou Atkinson & Lambros, LLC
450 The Hurt Building
50 Hurt Plaza, SE
Atlanta, GA 30303
(Attorneys for S-Tec Corporation, Meggitt
Avionics, Inc., Vibro-Meter Inc. and Meggitt-USA, Inc.)

4

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RHONDA L. GRIFFIN, Individually And as the Executor of the ESTATE OF CLYDE ANTHONY GRIFFIN,<br><br>Plaintiffs<br><br>vs.<br><br>UNITED STATES OF AMERICA, S-TEC CORPORATION, MEGGITT AVIONICS, INC., VIBRO-METER INC., MEGGITT-USA, INC., and ABC CORPORATION,<br><br>Defendants. | CIVIL ACTION<br><br>FILE NO. 1:04-CV-2755-CAP |

## **CERTIFICATION OF SERVICE**

I hereby certify that I have this day served a copy of the **Stipulation of Dismissal** upon all counsel of record by depositing a copy of same in the U.S. Mail with adequate postage, as follows:

| | |
|---|---|
| Andrew J. Ekonomou<br>Ekonomou Atkinson & Lambros, LLC<br>450 The Hurt Building<br>50 Hurt Plaza, SE<br>Atlanta, GA 30303 | Michael G. McQuillen<br>Kevin W. Murphy<br>Adler Murphy & McQuillen<br>One North LaSalle Street, Suite 2300<br>Chicago, IL 60602 |

Terence M. Healy, Esq.
U.S. Department of Justice
Torts Branch, Civil Division
P. O. Box 14271
Washington, DC 20044-4271

This ___29th___ day of November, 2005.

                            SCHERFFIUS, BALLARD, STILL & AYRES

                            _____
                            Edward R. Still
                            Georgia Bar No: 682253

400 Colony Square, Suite 1018
1201 Peachtree Street NE
Atlanta, GA 30361
(404) 873-1220

4